IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TERYL DEANDRA WORTHAM, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-74 |
| v. | |
| UNNAMED DEFENDANT, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA